Patrick J. Reilly
Nevada Bar No. 6103
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway
Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135
preilly@bhfs.com

*Attorneys for BMW Financial Services NA LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| M. PAUL WEINSTEIN,<br><br>Plaintiff,<br><br>v.<br><br>BMW FINANCIAL SERVICES NA LLC;<br>JRJ INVESTMENTS, INC. DBA BMW<br>OF LAS VEGAS AND DOES 1-XX,<br><br>Defendants. | Case No.: 2:20-CV-00550-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

## **STIPULATION**

Plaintiff M. Paul Weinstein ("Plaintiff"), Pro Per, and Defendant BMW Financial Services NA, LLC ("BMW Financial"), by and through its counsel of record, Patrick J. Reilly, Esq., of the law firm of Brownstein Hyatt Farber Schreck, LLP, and hereby stipulate and agree as follows:

1. On March 19, 2020, Plaintiff filed his Complaint and Jury Demand (the "Complaint").

2. On or about March 24, 2020, Plaintiff served a copy of the Complaint on BMW Financial.

3. The current deadline for BMW Financial to respond to Plaintiff's Complaint is April 14, 2020.

4. Plaintiff has agreed to grant a two-week extension for BMW Financial to answer, or otherwise respond to, the Complaint, to allow the parties to investigate the matter and discuss potential resolution.

5. BMW Financial shall have up to, and including, April 28, 2020, in which to answer or otherwise plead in response to Plaintiff's Complaint.

6. This stipulation is brought in good faith by all parties and not for purposes of delay. This extension will not result in any undue delay in the administration of this case.

7. This is the first request for extension of time requested by the parties with respect to responding to the Complaint.

DATED this 10th day of April, 2020.

*/s/M. Paul Weinstein*
M. PAUL WEINSTEIN
8259 Turtle Creek Circle
Las Vegas, NV 89113

*Plaintiff in Pro Per*

DATED this 10th day of April, 2020.

*/s/Patrick J. Reilly*
PATRICK J. REILLY, ESQ.
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106

*Attorneys for Defendant BMW Financial Services NA, LLC*

**ORDER**

IT IS SO ORDERED.

_____
Daniel J. Albregts
United States Magistrate Judge

DATED: April 13, 2020

20536814

2